Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KRYSTAL SELLERS-KOMINEK, | ) | Case No. 3:21-cv-00047 |
| | ) | |
| Plaintiff, | ) | Hon. James R. Knepp, II |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MAUMEE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal *with prejudice* of this action, including all claims set forth by Sellers against the City, with each party to bear her or its own costs, attorneys' fees, and expenses in the litigation. This Court expressly retains jurisdiction to enforce the parties' settlement and release.

Respectfully submitted,

/s/ Thomas A. Sobecki
Thomas A. Sobecki (0005210)
405 Madison Avenue, Suite 910
Toledo, Ohio 43604

/s/ Jennifer A. McHugh
Sarah K. Skow (0081468)
Jennifer A. McHugh (0084842)
SPENGLER NATHANSON P.L.L.